836

No. 207.  HARRY ALEXANDER, INC. ET AL. *v.* FRIEND. United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *G. A. Chadwick, Jr.* and *John A. Beck* for petitioners.  *Henry F. Lerch* and *Wilton H. Wallace* for respondent.

No. 208.  BOARD OF REGENTS OF THE UNIVERSITY OF MARYLAND *v.* TRUSTEES OF ENDOWMENT FUND OF THE UNIVERSITY OF MARYLAND ET AL.  Court of Appeals of Maryland.  Certiorari denied.  *C. Ferdinand Sybert,* Attorney General of Maryland, and *David Kauffman,* Assistant Attorney General, for petitioner.  *H. Vernon Eney* for the Trustees of the Endowment Fund of the University of Maryland, respondent.

No. 214.  TORRES *v.* WALSH, U. S. DISTRICT JUDGE. C. A. 2d Cir.  Certiorari denied.  *Edward A. Martin* for petitioner.  *Walter X. Connor* for respondent.

No. 215.  PROCHASKA *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *George F. Callaghan* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 216.  ITEM COMPANY *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.  *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 219.  STRAUCH ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *John J. Hooker* and *Bernard J.*

*Long* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 220. LANDES *v.* KNIGHT, PRESIDENT JUDGE, ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 221. CAROLINA POWER & LIGHT CO. *v.* JERNIGAN, ADMINISTRATOR. C. A. 4th Cir. Certiorari denied. *Charles F. Rouse* and *A. Y. Arledge* for petitioner. *Warren E. Miller* for respondent.

No. 222. PREFERRED INSURANCE CO. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William H. Levit* and *George W. Murphy* for petitioners. *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 224. TRINITY UNIVERSAL INSURANCE CO. *v.* SMITHWICK. C. A. 8th Cir. Certiorari denied. *Wm. Andress, Jr.* and *Jay W. Dickey* for petitioner. *W. H. Rector* for respondent.

No. 225. McDow ET AL. *v.* LOUISIANA SOUTHERN RAILWAY CO. C. A. 5th Cir. Certiorari denied. *Louis C. Guidry* for petitioners. *J. Blanc Monroe* for respondent.

No. 226. KAYE, ADMINISTRATOR, *v.* BECHLER ET AL. C. A. 10th Cir. Certiorari denied. *Peyton Ford, Alan Y. Cole, Travis I. Milsten* and *David R. Milsten* for petitioner. *James S. Twyford, Solon W. Smith* and *William J. Crowe* for respondents.